UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAWSON CONCRETE COMPANY,
a Michigan corporation,

       Plaintiff,

                                                Civil No. 05-73413
v.                                             Hon. John Feikens

FORD MOTOR COMPANY,
a Delaware corporation,

       Defendant.
_____/

## OPINION AND ORDER

Plaintiff brings two state law claims against Defendant, and asserts this Court has diversity jurisdiction. "A corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. 1332(c)(1). Ford Motor Company's principal place of business is in Dearborn, Michigan. E.g., Marshall v. District Court for Forty-First-b Judicial Dist. of Michigan, 444 F.Supp. 1110 (E.D. Mich. 1978). Plaintiff and Defendant are both citizens of Michigan, so diversity of citizenship is lacking. I DISMISS this case for lack of jurisdiction. Fed. R. Civ. P. 12(b)(1).

      **IT IS SO ORDERED.**

Date:  September 14, 2005                     S/John Feikens
                                                          United States District Judge

> Proof of Service
>
> I hereby certify that the foregoing order was served on the attorneys/parties of record on September 14, 2005, by U.S. first class mail or electronic means.
>
>                                      S/Carol Cohron
>                                        Case Manager